DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROL SPINOSA,**
Appellant,

v.

**SABAL SHORES APARTMENT ASSOCIATION, INC.,**
Appellee.

No. 4D21-592

[November 17, 201]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 50-2018-CA-006423-XXXX-MB.

Bret K. Findler of Findler & Findler, P.A., Boca Raton, and M. Alan Holcomb of Turnbull Holcomb, LLC, Atlanta, Georgia, for appellant.

Agnieszka N. Chiapperini and Anthony DiMatteo of Gaebe Mullen Antonelli & DiMatteo, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Brookie v. Winn-Dixie Stores, Inc.*, 213 So. 3d 1129 (Fla. 1st DCA 2017).

WARNER, GERBER and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***